JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 01 2008

- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA                    :    INDICTMENT

            -v.-                            :    08 Cr.

RYAN GREGOLI,                               :    08 CRIM 083

                Defendant.                  :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1.    From on or about November 26, 2007 through on or about November 29, 2007, in the Southern District of New York and elsewhere, RYAN GREGOLI, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that RYAN GREGOLI, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

## OVERT ACT

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others,

was committed in the Southern District of New York and elsewhere:

a.    On or about November 29, 2007, RYAN GREGOLI, possessed approximately 14 grams of crystal methamphetamine in Manhattan, New York.

(Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

4.    On or about November 29, 2007, in the Southern District of New York and elsewhere, RYAN GREGOLI, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute, a controlled substance, to wit, five grams and more of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION

5.    As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, RYAN GREGOLI, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged

in Counts One and Two of this Indictment.

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a  third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**RYAN GREGOLI,**

**Defendant.**

## INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(B), 846;
18 U.S.C. § 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Adecton_    020108
Foreperson.