U.S. Department of Justice

```
┌─────────────────────────────────┐
│  USDC SDNY                      │
│  DOCUMENT                       │
│  ELECTRONICALLY FILED           │
│  DOC #: _____                │
│  DATE FILED: MAR 1 4 2008       │
└─────────────────────────────────┘
```

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2008

**By Facsimile**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The conference is scheduled for
March 25, 2008 at 10:30 a.m.

*George B Daniels*
**HON. GEORGE B. DANIELS**

MAR 1 4 2008

> Re:    United States v. Ryan Gregoli,
>        08 Cr. 83 (GBD)

.Dear Judge Daniels:

The above referenced-defendant was indicted by a Grand Jury sitting in the Southern District of New York on February 1, 2008, and the case was assigned to Your Honor. The Government understands from the defendant's pre-trial services officer that the defendant is presently in a 30-day in-patient drug treatment program and is scheduled to complete the program at the end of the month. Accordingly, the Government requests that an arraignment and pre-trial conference be scheduled in this case during the week of March 10, 2008, or March 17, 2008.

The Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The defendant is presently unavailable; when he is released from the drug treatment program, the Government will continue discussions with the defendant and his counsel concerning a possible disposition of this case

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By:    Parvin Moyne
       Assistant United States Attorney
       Telephone:    (212) 637-2510

cc:    David Touger, Esq. *(by facsimile: (212 513-1989)*