**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 5 2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2008

**By Facsimile**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

*The conference is adjourned to July 23, 2008 at 9:30 a.m.*

**SO ORDERED**

JUN 2 5 2008

*[signature]*
**HON. GEORGE B. DANIELS**

Re:   **United States v. Ryan Gregoli,**
      08 Cr. 83 (GBD)

Dear Judge Daniels:

     A conference is scheduled in the above-referenced case for tomorrow. The parties are, however, in the midst of plea discussions and would like additional time to see if they can work out a disposition. Accordingly, the Government respectfully requests (with the consent of defense counsel) that the conferenced be adjourned for 30 days.

     Should the Court grant the adjournment request, the Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The Government will continue discussions with the defendant and his counsel concerning a possible disposition of this case.

     Respectfully submitted,
     MICHAEL J. GARCIA
     United States Attorney

By:   *[signature]*
     Parvin Moyne
     Assistant United States Attorney
     Telephone:  (212) 637-2510

cc:   David Touger, Esq. *(by facsimile: (212) 513-1989)*