USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 22

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 21, 2008

**By Facsimile**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**
The conference is adjourned to August 20, 2008 at 10:30 a.m.

*George B. Daniels*

**HON. GEORGE B. DANIELS**
JUL 22 2008

Re:   United States v. Ryan Gregoli,
      08 Cr. 83 (GBD)

Dear Judge Daniels:

   A conference is scheduled in the above-referenced case for July 23, 2008, at 9:30 a.m. The parties are, however, continuing plea discussions and have scheduled a safety valve proffer for July 29, 2008. Accordingly, the Government respectfully requests (with the consent of defense counsel) that the conferenced be adjourned for 30 days.

   Should the Court grant the adjournment request, the Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The Government will continue discussions with the defendant and his counsel concerning a possible disposition of this case.

                    Respectfully submitted,
                    MICHAEL J. GARCIA
                    United States Attorney

           By:      Parvin Moyne
                    Assistant United States Attorney
                    Telephone:   (212) 637-2510

cc:   David Touger, Esq. (by facsimile: (212 513-1989))